FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

SEAN FIGARO

(Enter above the full name of the plaintiff in this action)

V.

Pistro wArden

Iw programs-LAurie  Aw Operations — Knox

Root" Capt.

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No.

(To be supplied by the Clerk of the Court)



RECEIVED

APR 1 2 2021

AT 8:30       M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should  contain (1) a short and plain statement of the grounds upon which the court's  jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.  If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.  If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.  Jurisdiction is asserted pursuant to (CHECK ONE)

___  42 U.S.C. §1983 (applies to state prisoners)

_I_  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

1b.  Indicate whether you are a prisoner or other confined person as follows:

_I_ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff:  SEAN FIGARO

Address: FDC-Phils Pobox562 philadelphia PA, 19105

Inmate#: 70655050

b.   First defendant:

Name: R. Williams

Official position: FDC- PHils — C.O

Place of employment: FOC Philadelphia

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

JAN 20, 2021 eScorted inMATE SEAN figARo 70655050 down rANge in Special Housing unit And officer R.williams SmACks figAro FACE iNTo the cell door on NorthrANge.

c.   Second defendant:

Name: LT. SHANNON

Official position: LT. SHU-SHANNON

Place of employment: FDC- pHiladelphia

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

LT. SHANNON wATcH officer SmACks my fAce to Cell Door And Screan picks Him up off the floor and Put figAro iN the Ansolatory restrainer JAN 20,2021

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

__✓__ Yes    ____ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I WAS in the (SHU) Special Housing Unit i wrote A administrative Remedy to Counselor MS. Smith And SHe reply im not getting into this SHU going to Handle to Unit MANager Obolye, JAN 20. 2021 Remedy New Processed

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

JAN 20, 2021 LT. SHANNON WATCH A Officer SLAm my fACE into A Cell Door On Nor TH rANGE Approx f. Am, I WAS in hAnd Coffs it WAS in the Special Housing Unit (SHU) LT. SHANNON LiLes To See iNmATes hurt or Use STRONG PHysical force on EACh iNmates SHe clAims is a Policy CAPt root SAid USe on Covid-19

JAN 20, 2021
R. Williams of FDC-Phila was escorting me to North Range cell 824 smack my face to the cell door, face first approx 8:00 AM Special Housing Unit (SHU)

Feb 3 2021
DHO Hearing Officer Valentine said He check the camera's figaro 7065 5050 of FDC-Phila never pulled or turn towards officer, He claims the camera show i stop with officer words was exchange next thing He saw i was on the door to the floor getting pick up from officers in Special Housing Unit Co Bidder Co Cornell Co R. Williams. And CT. Shannon was there.
DHO witness was the inmate in cell N 824 in Special Housing Unit who said to Hearing Officer Feb 3. 2021 R. Williams Assaulted THAT inmate for no reason.
JANxxxx Nurse Holmes of FDC-Phila (sdc) check on figaro S. 7065 5050 Daily Due to CT. Shannon place me in ambulatory restraints cuffs Tight. to each wrist. And x-Ray for Swallow face...

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the Court to be Aware of the Violence in (SHU) Special Housing Unit from officers And Duty staff members in Special Housing Unit FDC-Phila. I Have been through a lot of issues with

FOC-PHiladelPHis officers And STAFF members i would liKe the court to do WhaTs besT for my Health and THese MATTers thet is Serios....

8. . Do you request a jury or non-jury trial? (Check only one)

(√) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __23__ day of __MArCh__ , 20_2_ _1_

_Sean Eigaro_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).